**Schedule A**
**Defendant List**

| DOE | Store Name | Store Link |
|---|---|---|
| 1 | ABSOFINE | https://www.amazon.com/sp?ie=UTF8&seller=A3T3DFDBZ0MAWS |
| 2 | Alphyse House | https://www.amazon.com/sp?ie=UTF8&seller=A2LBYY00GFHZEJ |
| 3 | Hkitriy | https://www.amazon.com/sp?ie=UTF8&seller=A3KFZQHX9GV0XJ&asin=B0CRHQRG1K&ref_=dp_merchant_link |
| 4 | KOOHOAMZ | https://www.amazon.com/sp?ie=UTF8&seller=A1XSCFKR97ZEH1&asin=B09ZTVKVYX&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 5 | Lightingjoy | https://www.amazon.com/sp?ie=UTF8&seller=ABEHD6DX4M70C&asin=B09W2KD3MV&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 6 | limengyangsdf | https://www.amazon.com/sp?ie=UTF8&seller=A2GXTKJ4FN1IJU |
| 7 | QiYuwangke | https://www.amazon.com/sp?ie=UTF8&seller=A1QQPRNYCBAILQ&asin=B0C62JXW8K&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 8 | SafeHouseware | https://www.amazon.com/sp?ie=UTF8&seller=A3TAUA123AD7JE |
| 9 | SOKOSEY | https://www.amazon.com/sp?ie=UTF8&seller=A3SGS763EXUZY2&asin=B0BX6J1CSZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 10 | ZNCMRR | https://www.temu.com/zncmrr-m-634418213628683.html?goods_id=601099563570439&_x_sessn_id=44w4cs5c5v&refer_page_name=goods&refer_page_id=10032_1713238912593_w8mafkdvwf&refer_page_sn=10032 |