# EXHIBIT 1

US00D949612S

(12) **United States Design Patent**  (10) Patent No.:  **US D949,612 S**
Huang  (45) Date of Patent:  ** Apr. 26, 2022

| | | | | |
|---|---|---|---|---|
| (54) | SINGLE PANEL OF AN ADJUSTABLE ORGANIZING CUBE | | | |
| (71) | Applicant: | **Yuanfeng Daily Commodity Co., Ltd**, Zhongshan (CN) | | |
| (72) | Inventor: | **Lei Huang**, Dover, DE (US) | | |
| (**) | Term: | **15 Years** | | |
| (21) | Appl. No.: **29/777,641** | | | |
| (22) | Filed: | **Apr. 7, 2021** | | |
| (51) | **LOC (13) Cl.** | ............................................... **06-06** | | |
| (52) | **U.S. Cl.** | | | |
|      | USPC | ................................................................. **D6/703** | | |
| (58) | **Field of Classification Search** | | | |
|      | USPC ..... D6/406.1–406.5, 654, 654.1, 678, 678.1, D6/704, 705, 705.1, 707, 675, 675.1, D6/702–703, 706 | | | |
|      | CPC ....... A47B 5/0018; A47B 5/0043; A47B 5/10; A47B 7/00; A47B 5/0081 | | | |
|      | See application file for complete search history. | | | |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 1,486,364 | A | * | 3/1924 | Chapman | .................. B60R 7/06 108/45 |
| 3,303,936 | A | * | 2/1967 | Barnawell | .............. A47B 45/00 211/187 |
| 3,834,776 | A | * | 9/1974 | Becker, Jr. | ......... A47B 87/0253 297/118 |
| D247,273 | S | * | 2/1978 | Peters | ............................ D6/571 |
| 4,381,715 | A | * | 5/1983 | Forman | ................ A47B 96/066 403/329 |
| 4,603,782 | A | * | 8/1986 | Fenwick | ................ A47B 57/20 211/187 |
| D361,453 | S | * | 8/1995 | Sussman | ...................... D6/675.1 |
| D429,582 | S | * | 8/2000 | Grosfillex | .................... D6/675.1 |
| D450,518 | S | * | 11/2001 | Frederick | .................... D6/675.1 |
| D518,979 | S | * | 4/2006 | Petitclerc | ....................... D6/571 |
| D607,667 | S | * | 1/2010 | Cayouette | ................... D6/675.1 |
| D631,425 | S |   | 1/2011 | Belmessier | |
| D776,466 | S | * | 1/2017 | Bonuccelli | ................. D6/675.1 |
| D833,788 | S | * | 11/2018 | Wald | .............................. D6/705 |
| D842,010 | S | * | 3/2019 | Berger | ........................... D6/675 |
| D869,206 | S | * | 12/2019 | Wu | .............................. D6/675.1 |
| D886,543 | S |   | 6/2020 | Repko | |
| D886,544 | S |   | 6/2020 | Repko | |
| D898,527 | S |   | 10/2020 | Repko | |
| D898,528 | S |   | 10/2020 | Repko | |
| D911,080 | S | * | 2/2021 | King | .............................. D6/675 |
| D914,802 | S |   | 3/2021 | Wheaton et al. | |
| D933,404 | S | * | 10/2021 | Dart | ............................ D6/678.1 |
| 2001/0037987 | A1 | * | 11/2001 | Culp | .................... A47B 47/042 211/186 |
| 2004/0159622 | A1 | * | 8/2004 | Craft | .................. A47B 87/0246 108/106 |
| 2007/0138362 | A1 | * | 6/2007 | McAllister | ........... A47B 96/028 248/235 |
| 2017/0245641 | A1 | * | 8/2017 | Greenwood | ........... A47B 97/00 |

* cited by examiner

*Primary Examiner* — Kelley A Donnelly

(74) *Attorney, Agent, or Firm* — Shengmao Mu; Whitewood Law PLLC

(57) **CLAIM**

What is claimed is an ornamental design for a single panel of an adjustable organizing cube, as shown.

**DESCRIPTION**

FIG. **1** is a perspective view of a single panel of an adjustable organizing cube showing our new design;
FIG. **2** is a front view thereof, with the rear view identical to the front view thereof;
FIG. **3** is a top view thereof, with the bottom view identical to the top view thereof; and,
FIG. **4** is a right side view thereof, with the left side view identical to the right side view thereof.

**1 Claim, 2 Drawing Sheets**





FIG. [[2]] 1



FIG. [[3]] 2

U.S. Patent     Apr. 26, 2022     Sheet 2 of 2     US D949,612 S

FIG. [[4]] 3

FIG. [[5]] 4