UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| PATENT ONE LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 24-cv-3340 |
| v. ) | |
| ) | |
| THE INDIVIDUALS, ) | Judge John F. Kness |
| CORPORATIONS, LIMITED ) | Magistrate Judge Heather K. McShain |
| LIABILITY COMPANIES, ) | |
| PARTNERSHIPS, AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A TO ) | |
| THE COMPLAINT, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendant:

| Defendant Seller Alias | DOE No. |
|---|---|
| Hkitriy | 3 |
| SafeHouseware | 8 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

| | |
|---|---|
| Date: July 31, 2024 | Respectfully submitted,<br><br>/s/ Keaton Smith<br>Keaton D. Smith<br>**WHITEWOOD LAW PLLC**<br>57 W. 57th Street<br>New York, New York 10019<br>Tel: (917) 858-8018<br>Email: ksmith@whitewoodlaw.com<br><br>*Counsel for Plaintiff* |