UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| PATENT ONE LLC, | ) |
| Plaintiff, | ) Civil Action No. 24-cv-3340 |
| v. | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) Judge John F. Kness<br>) Magistrate Judge Heather K. McShain |
| Defendants. | ) |

**JOINT STIPULATION TO DISMISS**

Plaintiff Patent One LLC, and Defendant ZNCMRR, by and through their respective attorneys, hereby submit this Joint Stipulation to Dismiss the above-captioned action without prejudice, with each party to bear its own costs and attorneys' fees, pursuant to the Parties' confidential settlement agreement. The dismissal shall convery to a dismissal with prejudice after 45 days. The Parteis further agree that this Court shall retain jurisdiction for the limited pruposed of enforcement of this agreement.

Date: August 7, 2024                                         Respectfully submitted,

/s/ Keaton Smith                                             /s/ Henry Xiao
    Keaton D. Smith                                              Henry Xiao
    **WHITEWOOD LAW PLLC**                                       Room 302, 3/F., Malaysia Building
    57 W. 57th Street                                            50 Gloucester Road
    New York, New York 10019                                     Hong Kong
    Tel: (917) 858-8018                                          China, Hong Kong Special
    Email: ksmith@whitewoodlaw.com                               Administrative Region
                                                                 3143905182
                                                                 Email: henryxiao@isrealip.legal

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 7, 2024, I electronically filed the foregoing with the Court using the CM/ECF system. I have electronically published the foregoing on a website. I have sent an e-mail to the e-mail addresses provided for Defaulting Defendants by third parties that includes a link to said website.

                       _/s/Shengmao Mu_
                        Shengmao Mu